Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, the claim of the plaintiff was sustained.

**No. 62660.**—Beer Stern Import Corp. et al. *v.* United States, protests 311417–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consists of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiffs was sustained.

**No. 62661.**—Henry Pollak, Inc., et al. *v.* United States, protests 201332–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject of *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C.D. 1991), the claim of the plaintiffs was sustained.

**No. 62662.**—Irving Goodkind & Co., Inc. *v.* United States, protest 253708–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject of *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C.D. 1991), the claim of the plaintiff was sustained.

**No. 62663.**—Henry Pollak, Inc., et al. *v.* United States, protests 58/8845, etc. (New York).